UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

In Re:  Case No. 18-21211
    Aubrey Pruitt, Jr.  Chapter 13
    Tina M. Pruitt  Hon. DANIEL S. OPPERMAN

_____/
    Debtor(s)

## CHAPTER 13 DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 12-1 FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB.

NOW COMES the Chapter 13 Debtors, AUBREY PRUITT JR. and TIMA M. PRUITT, by and through counsel, GORDON W. KRAFT III, PLLC, by Gordon W. Kraft III and hereby files an Objection to the Proof of Claim No. 12-1 filed by Wilmington Savings Fund Society, FSB and in support thereof states as follows:

1. That the Debtors filed a Chapter 13 bankruptcy with this Court on June 19, 2018;

2. That Wilmington Savings fund Society, FSB, as owner Trustee of the Residential Credit Trust V-B. (hereinafter referred to as 'Creditor') filed a Proof of Claim No. 12-1 on August 28, 2018 in the amount of $57,981.57 as a secured debt (attached as 'Exhibit A');

3. That the Debtors' had stated to Counsel for Debtors' that they had made an approximate payment of about $6,000.00, which they indicate was an amount that they were instructed by the Creditor to pay to the Creditor to stop a previous potential foreclosure sale;

4. That attorney Michael P. Hogan working for the Creditor had filed an objection to confirmation on July 9, 2018 (Doc# 15), objecting based upon plan feasibility of which he indicated that the mortgage arrears were approximately $24, 458.72, as the Debtor's had approximated the mortgage arrears to be $19,100.00. Counsel for the Debtors' had advised Mr. Hogan that the Debtors' made a payment of approximately $6,000.00 that was not being credited (Attached as 'Exhibit B');

5. That Mr. Hogan had researched the issue and discovered that in fact the Debtors' had made a payment of approximately $6,000.00 and that the mortgage arrears was closer to the Debtors' approximation of $19,100.00, and after consulting Counsel for the Debtors' and the Trustee's assistant on the finding, withdrew his objection to confirmation (Doc# 19) (Attached as 'Exhibit C');

6. That the Debtors' case was confirmed on August 24, 2018 (Attached as Exhibit D);

7. That the Creditors proof of claim does not reflect the Debtors' payment of approximately $6,000.00 including any payment amounts that are being held in suspension;

8. That the Debtors' are requesting a proper accounting of the mortgage loan by the mortgage creditor, so as to determine what became of the Debtors' payment of approximately $6,000.00, and to properly credit that payment by amending of the Creditor's proof of claim to reflect the Debtors' payment.

WHEREFORE, the Chapter 13 Debtors respectfully request that this Honorable Court disallow Proof of Claim No. 12-1 filed by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-B.

GORDON W. KRAFT III, PLLC

/s/ Gordon W. Kraft III                                              September 4, 2018
Gordon W. Kraft III (P67119)                                         Date
Attorney for Debtor


PREPARED BY:

Gordon W. Kraft III, PLLC
By: Gordon W. Kraft III (P67119)
Attorney for Debtor
721 Washington Ave. Ste. 406
Bay City, MI 48708
(989) 891-9784
kraftlaw@att.net